| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R Maizel<br>Dentons US LLP<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017<br><br>213–892–2910<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br><br>Verity Health System of California, Inc.<br><br><br>Debtor(s). | CASE NO.: 2:18–bk–20151–ER<br><br>CHAPTER: 11<br><br>ADVERSARY NUMBER: 2:20–ap–01001–ER |
|---|---|
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation<br><br>**(See Attachment A for names of additional plaintiffs)**<br><br>Plaintiff(s)<br><br>Versus<br><br>Kali P. Chaudhuri, M.D., an individual<br><br>**(See Attachment A for names of additional defendants)**<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **02/05/2020.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **April 14, 2020** |
| **Time:** | **10:00 AM** |
| **Hearing Judge:** | **Ernest M. Robles** |
| **Location:** | **255 E Temple St., Crtrm 1568, Los Angeles, CA 90012** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                Page 1                **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**


                                   KATHLEEN J. CAMPBELL
                                   CLERK OF COURT



Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>January 6, 2020</u>



                                   By: _____<u>"s/" Lydia R. Lomeli</u>_____

                                           Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation<br>ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation<br>St Vincent Dialysis Center, Inc., a California nonprofit public benefit corporation<br>ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation<br>Seton Medical Center, a California nonprofit public benefit corporation<br>Verity Holdings, LLC, a California limited liability company | Kali P. Chaudhuri, M.D., an individual<br>Strategic Global Management, Inc., a California corporation<br>KPC Healthcare Holdings, Inc., a California Corporation<br>KPC Health Plan Holdings, Inc., a California Corporation<br>KPC Healthcare, Inc., a Nevada Corporation<br>KPC Global Management, LLC, a California Limited Liability Company<br>Does 1 through 500 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017.

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN
ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
Adversary Proceeding Cover Sheet; Complaint for Breach of Contract, Promissory Fraud, and Tortious Breach of Contract
(Breach of Implied Covenant of Good Faith and Fair Dealing); Order Re Courtroom Procedures; Scheduling Order

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)*
January 13, 2020  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

- Samuel R Maizel     samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.
  howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

- Tania M Moyron     tania.moyron@dentons.com,
  chris.omeara@dentons.com;nick.koffroth@dentons.com;Sonia.martin@dentons.com;Isabella.hsu@dent
  ons.com;lee.whidden@dentons.com;Jacqueline.whipple@dentons.com

- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* January 13, 2020  , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)*  January 15, 2020  , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
USBC Central District of California
Hon. Ernest M. Robles
Edward R. Roybal Federal Building and US Courthouse
255 East Temple Street, Suite 1560
Los Angeles, CA  90012

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                              **F 7004-1.SUMMONS.ADV.PROC**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2020 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                          **F 7004-1.SUMMONS.ADV.PROC**

2. **SERVED BY UNITED STATES MAIL - CERTIFIED**

Gary E. Klausner
Strategic Global Management, Inc.
c/o Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA  90067

Chief Executive Officer
KPC Healthcare Holdings, Inc.
9 KPC Pkwy, Suite 301
Corona, CA  92879

William E. Thomas
KPC Health Plan Holdings, Inc.
9 KPC Parkway, Suite 301
Corona, CA  92509

Chief Executive Officer
KPC Health Plan Holdings, Inc.
9 KPC Parkway, Suite 301
Corona, CA  92879

Corporation Service Company
KPC Healthcare, Inc.
112 North Curry Street
Carson City, NV  89703

KPC Healthcare Holdings, Inc.
ATTN:  Corporation Service Co. DBA CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA  95833

Chief Executive Officer
KPC Healthcare, Inc.
1301 North Tustin Avenue
Santa Ana, CA  92705

KPC Global Management, LLC
ATTN:  Corporation Service Company DBA CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA  95833

Managing Member
KPC Global Management, LLC
890 W. Stetson Ave., Suite B
Hemet, CA  92543

Kali P. Chaudhuri, MD                          Kali P. Chaudhuri, MD
9 KPC Pkwy, Suite 301                          42830 Chaudhuri Circle
Corona, CA  92879                              Hemet, CA  92544

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 3                          **F 7004-1.SUMMONS.ADV.PROC**



U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0381 20

| | | |
|---|---|---|
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:
Gary E. Klausner
Strategic Global Management, Inc.
c/o Levene, Neale, Bender, Yoo & Br
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Reference Information
US000425-000003-020803

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0383 06

| | | |
|---|---|---|
| | | 3.50 |
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

JAN 13 2020
Postmark
Here

Sent To: Chief Executive Officer
KPC Healthcare Holdings, Inc.
9 KPC Pkwy, Suite 301
Corona, CA 92879
US

15800425-000903-020903

Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0380 90

3.50

| | | |
|---|---|---|
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

ARCO STATION LOS ANGELES CA 90071
Postmark Here
JAN

Sent To:
William E. Thomas
KPC Health Plan Holdings, Inc.
9 KPC Parkway, Suite 301
Corona, CA 92509
US

15800425-000003-020803 Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0380 83

3.50

| | | |
|---|---|---|
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark
Here
JAN 13 2020
ARCO STATION LOS ANGELES CA 90071
USPS

Sent To Chief Executive Officer
KPC Health Plan Holdings, Inc.
9 KPC Parkway, Suite 301
Corona, CA 92879
US

15800425-000003-020802 Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0380 76

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark
Here
JAN 13 2020
ARCO STATION LOS ANGELES CA
USPS

Sent To:
Corporation Service Company
KPC Healthcare, Inc.
112 North Curry Street
Carson City, NV 89703
US

15800425-000003-020803
Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0381 13

| | | |
|---|---|---|
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

JAN 13 2020
Postmark
Here

Sent To: KCS Healthcare Holdings, Inc.
ATTN: Corporation Service Co. DBA
CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833
US000425-000003-020803 Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0380 69

3.50

| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark
Here
JAN 1 3 2020

Sent To: Chief Executive Officer
KPC Healthcare, Inc.
1301 North Tustin Avenue
Santa Ana, CA 92705
US

15800425-000903-020903 Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**                     Page 1 o
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0380 52

3.50

| | | |
|---|---|---|
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:
KPC Global Management, LLC
ATTN: Corporation Service Company
DBA CSC-Lawyers Incorporating Ser
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833
USB00425-000803-020802  Reference Information

PS Form 3800, Facsimile, July 2015



U.S. Postal Service®
CERTIFIED MAIL® RECEIPT          Page 1 o
Domestic Mail Only

USPS® ARTICLE NUMBER
9414 7266 9904 2111 0380 45

| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

ARCO STATION LOS ANGELES CA 9007
JAN 1 3 2020
Postmark
Here
USPS

Sent To
Managing Member
KPC Global Management, LLC
890 W. Stetson Ave., Suite B
Hemet, CA 92543
US

15800425-000003-020902
Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0380 38

3.50

| | | |
|---|---|---|
| Certified Mail Fee | $ | 2.80 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

JAN 13 2020   Postmark Here

Sent to:
Kali P. Chaudhuri, MD
Kali P. Chaudhuri, MD
9 KPC Pkwy, Suite 301
Corona, CA 92879
US

15800425-000003-020802
Reference Information

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Page 1 o

USPS® ARTICLE NUMBER

9414 7266 9904 2111 0381 51

| | |
|---|---|
| Certified Mail Fee | $ 2.80 |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

JAN 1 3 2020
Postmark
Here
USPS

Sent To:  Kali P. Chaudhuri, MD
Kali P. Chaudhuri, MD
42830 Chaudhuri Circle
Hemet, CA 92544
US

15800425-000 Reference Information

PS Form 3800, Facsimile, July 2015